# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148331

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SHARON BETH KIRSCH,
          Petitioner-Appellant,

v

SUPERINTENDENT OF PUBLIC
INSTRUCTION and MICHIGAN
DEPARTMENT OF EDUCATION,
          Respondents-Appellees.

SC: 148331
COA: 311121
Oakland CC: 2011-121734-AA

_____/

On order of the Court, the application for leave to appeal the November 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

p0519